1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 – (fax)
   Andrew@SJPLawyer.com
5
   Attorneys for Plaintiff
6  **OMAR NAGY**

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  **OMAR NAGY**, an individual,              Case No. **2:16-cv-2095-JCM-(GWF)**

10      Plaintiff,                             STIPULATION TO EXTEND TIME FOR
                                               PLAINTIFF TO RESPOND TO
11  vs.                                        DEFENDANT'S MOTION TO COMPEL

12  **WESTERN ALLIANCE BANK, d/b/a "BANK OF    FIRST REQUEST
    NEVADA"**,
13
        Defendant.
14  _____/

15    Plaintiff Omar Nagy ("Plaintiff") and Defendant Western Alliance Bank, d/b/a "Bank of

16  Nevada"("Defendant"), by and through their attorneys of record, hereby request and stipulate

17  that, pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, the deadline for Plaintiff to

18  respond to Defendant's Motion to Compel shall be extended by two (2) days, up to and

19  including Friday, July 14, 2017.  The current deadline to respond was July 12, 2017.

20    This request is made pursuant to LR IA-6-1(a) as failure to file this stipulation before

21  the deadline expired was due to excusable neglect as there was a miscommunication on the

22  part of Plaintiff's counsel. This is the Parties' first request for an extension of time for Plaintiff

23  to submit his response to Defendant's Motion to Compel.

24    **THEREFORE**, the Parties jointly request that this Court grant this stipulation and extend

25  Plaintiff's deadline to respond to Friday, July 14, 2017.

26    The parties also hereby request the hearing currently scheduled for July 26, 2017, be

27



vacated and continued to a date after August 1, 2017, at the court's convenience.

**IT IS SO STIPULATED.**

Dated: Thursday, July 13, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
|---|---|
| /s/ Andrew L. Rempfer<br>ANDREW L. REMPFER<br>Nevada Bar No. 8628<br>Attorneys for Plaintiff | /s/ Suzanne L. Martin<br>SUZANNE L. MARTIN<br>Nevada Bar No. 8833<br>Attorney for Defendant |

## ORDER

It IS HEREBY ORDERED that Plaintiff's response to Defendant's Motion to Compel shall be due on Friday, July 14, 2017.

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Compel that is currently scheduled for July 26, 2017 is hereby vacated and shall be continued to August _10_, 2017, at 9:30 am in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: July 14, 2017

_____
UNITED STATES MAGISTRATE JUDGE

