Andrew L. Rempfer
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Drive Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Andrew@SJPlawyer.com

Attorneys for Plaintiff
**OMAR NAGY**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **OMAR NAGY**, an individual, | Case No. **2:16-cv-2095-JCM-(GWF)** |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO EXTEND TIME FOR DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| **WESTERN ALLIANCE BANK, d/b/a "BANK OF NEVADA"**, | |
| Defendant. | |
| _____ / | **FIRST REQUEST** |

The parties, through their respective undersigned counsel of record, hereby stipulate to extend the time by which Plaintiff shall respond to Defendants' Motion for Summary Judgment [ECF No. 32] filed on October 24, 2017. Currently, Plaintiff's response is due Tuesday, November 14, 2017. The parties hereby stipulate Plaintiff shall have an additional week – or until Wednesday, November 22, 2017 – to respond to Defendants' Motion.

Further, the parties hereby stipulate to extend the time by which Defendant shall reply in support of Defendant's Motion for Summary Judgment. [ECF No. 32]. The parties hereby stipulate Defendant shall have until Wednesday, December 13, 2017, to file its reply.

Pursuant to LR IA 6-1 and 26-4, this is the parties' first request. The additional time is necessary due to the parties' counsel's work schedules, as well as the upcoming holiday season. The additional time will be sufficient for both parties to properly brief their positions.



1  This request is made in good faith and not for the purposes of delay.

2  Dated: Tuesday, November 14, 2017.

3  LAW OFFICES OF STEVEN J. PARSONS

   OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

4  /s/ Andrew L. Rempfer
   ANDREW L. REMPFER
5  Nevada Bar No. 8628

   /s/ Suzanne Martin
   SUZANNE MARTIN
   Nevada Bar No. 008833

6  Attorneys for Plaintiff **OMAR NAGY**

   Attorneys for Defendants
7  **WESTERN ALLIANCE BANK, d/b/a "BANK OF NEVADA"**,

8  <u>ORDER</u>

9  **IT IS SO ORDERED.**

10 Dated: November 16, 2017.

11 _____
   UNITED STATES DISTRICT JUDGE



10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

Page 2 of 2